**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: Lena E. Ballard | Case No. 23-00111-ELG |
| | Chapter 13 |
| Debtor(s). | |

### NOTICE OF DEFICIENT FILING

**To Debtor(s) and/or Debtor's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you:

**ECF No. 16 Amended Chapter 13 Plan**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before **10/31/2023.** Failure to timely correct the deficiencies may result in the pleading or other paper ***being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed.***

☐ The case name and/or number does not match the above-captioned case. Please review this filing and docket to the correct case.
☐ The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document.
☐ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
☐ The document has an electronic signature in an incorrect format. *See* Local Bankruptcy Rules Appendix D § 7(a).
☐ The document was filed using an out of date and/or unapproved form.
☐ The document is unsigned.
☐ The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c).
☐ The document linked hereto contains an error which requires corrective action.
☐ The ECF registered participant attorney filing the document does not match the attorney's signature on the document.
☐ The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1.
☐ The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b).
☐ The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037.
☐ Coversheet for Amending Creditors or Creditor Information (Local Official Form 101) is required with this document. *See* Local Bankruptcy Rule 1009-1.
☐ Amended schedules do not include Declaration About an Individual Debtor's Schedules (Official Form 106Dec).
☐ Amended schedules do not include Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form B 202).
☐ Amended schedules do not include Summary of Assets and Liabilities for Individuals (Official Form 106Sum).
☑ A certificate of service must be filed either separately or as an attachment to your pleading. *See Local Bankruptcy Rule 9013-1.*
☐ The document requires a notice and the notice must be in substantial compliance with Local Bankruptcy Rule 9013-1.
☐ The date, time, and/or location in the notice is incorrect or omitted.
☐ This document requires a hearing. Please contact the Courtroom Deputy at (202) 354-3178.
☐ The notice is not properly linked to the associated pleading.
☐ The title of the motion does not identify it as a motion for relief from the automatic stay and/or from the co-debtor stay. *See* Local Bankruptcy Rule 4001-1(a)(1).
☐ Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a).

☐ Other:

        For the Court:
        Angela D. Caesar
        BY:  JH

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.