**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: Lena E. Ballard | Case No. 23-00111-ELG |
| | Chapter 13 |
| Debtor(s). | |

## NOTICE OF DEFICIENT FILING

**To Debtor(s) and/or Debtor's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you:

**ECF No. 16 Amended Chapter 13 Plan**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before **10/31/2023.** Failure to timely correct the deficiencies may result in the pleading or other paper ***being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed.***

- ☐ The case name and/or number does not match the above-captioned case. Please review this filing and docket to the correct case.
- ☐ The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document.
- ☐ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- ☐ The document has an electronic signature in an incorrect format. *See* Local Bankruptcy Rules Appendix D § 7(a).
- ☐ The document was filed using an out of date and/or unapproved form.
- ☐ The document is unsigned.
- ☐ The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c).
- ☐ The document linked hereto contains an error which requires corrective action.
- ☐ The ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- ☐ The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1.
- ☐ The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b).
- ☐ The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037.
- ☐ Coversheet for Amending Creditors or Creditor Information (Local Official Form 101) is required with this document. *See* Local Bankruptcy Rule 1009-1.
- ☐ Amended schedules do not include Declaration About an Individual Debtor's Schedules (Official Form 106Dec).
- ☐ Amended schedules do not include Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form B 202).
- ☐ Amended schedules do not include Summary of Assets and Liabilities for Individuals (Official Form 106Sum).
- ☑ A certificate of service must be filed either separately or as an attachment to your pleading. *See Local Bankruptcy Rule 9013-1*.
- ☐ The document requires a notice and the notice must be in substantial compliance with Local Bankruptcy Rule 9013-1.
- ☐ The date, time, and/or location in the notice is incorrect or omitted.
- ☐ This document requires a hearing. Please contact the Courtroom Deputy at (202) 354-3178.
- ☐ The notice is not properly linked to the associated pleading.
- ☐ The title of the motion does not identify it as a motion for relief from the automatic stay and/or from the co-debtor stay. *See* Local Bankruptcy Rule 4001-1(a)(1).
- ☐ Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a).

☐    Other:

        For the Court:
        Angela D. Caesar
        BY:  JH

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:  
Lena E. Ballard  
    Debtor

Case No. 23-00111-ELG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 1  
Date Rcvd: Oct 17, 2023     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lena E. Ballard, 3217 4th Street SE, Washington, DC 20032-5453 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor Lena E. Ballard mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 3