**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re: **Lena E. Ballard**

**Debtor(s).**

**Case No. 23-00111 -ELG**

**Chapter 13**

## <u>ORDER TO SHOW CAUSE</u>

The Debtor(s) had until 10/31/2023  to cure the deficiencies set forth in the
Notice of Party Filing Deficient Pleading(s)/Document(s) at ECF No. 17

The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **11/15/2023   at 9:30am**
**in Courtroom 1 and via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)**
to show cause why the Debtor's bankruptcy case should not be dismissed for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: MB 11/01/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.