IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 1:23-bk-111 |
| | ) | (Chapter 13) |
| LENA BALLARD | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2023, I caused a copy of the Amended Plan of Reorganization, with which this certificate is being filed, to be tendered to a third party commercial mailing agent for service, via US Mail, postage prepaid, upon all parties on the attached mailing matrix.

I FURTHER CERTIFY that Lena Ballard has executed the majority of the paperwork requisite to file a motion for entry into the Mortgage Modification Program and that I reasonably anticipate a motion for said entry will be made prior to the anticipated confirmation hearing date of the subject plan.

/s/ Maurice B. VerStandig
Maurice B. VerStandig