Label Matrix for local noticing
0090-1
Case 23-00111-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Tue Nov 14 21:39:20 EST 2023

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

BWW Law Group LLC
Attn: DC Disputes
6003 Executive Boulevard Suite 101
Rockville, MD 20852-3813

(p)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Capital One
Attn: Bnakruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Cavalry Portfolio Serv
4050 E Cotton Center Blvd
Phoenix, AZ 85040-8862

Cavalry Portfolio Services
Attn: Bankruptcy
500 Summit Lake Dr
Ste 400
Valhalla, NY 10595-2321

Cavalry SPV I, LLC
P.O. Box 27288
Tempe AZ 85285-7288

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Cks Prime Investments
1800 State Route 34
Wall, NJ 07719-9168

Comenity Bank
320 E Big Beaver Rd
Troy, MI 48083-1238

Comenity Capital Bank
320 E Big Beaver Rd
Troy, MI 48083-1238

Continental Finance Company Ll
1800 State Route 34
Wall, NJ 07719-9168

DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 37559
WASHINGTON DC 20013-7559

DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 75520 WASHINGTON DC 20013

DSNB BLOOMINGDALES
4050 E Cotton Center Blvd
Phoenix, AZ 85040-8861

Dept of Ed/Nelnet
Attn: Bankruptcy Claims/Nelnet
PO Box 82505
Lincoln, NE 68501-2505

Dept of Ed/Nelnet
PO Box 82561
Lincoln, NE 68501-2561

(p)FAY SERVICING  LLC
P O BOX 814609
DALLAS TX 75381-4609

First Digital Card
Attn: Bankruptcy
PO Box 85650
Sioux Falls, SD 57118-5650

First Digital Card
PO Box 85650
Sioux Falls, SD 57118-5650

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

(p)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Midland Credit Manage
320 E Big Beaver Rd
Troy, MI 48083-1271

Midland Credit Managem
320 E Big Beaver Rd
Troy, MI 48083-1271

Midland Fund
Attn: Bankruptcy
350 Camino de la Reina
Ste 100
San Diego, CA 92108-3007

Midland Funding
Attn: Bankruptcy
350 Camino de la Reina
Ste 100
San Diego, CA 92108-3007

Midnight Velvet/Swiss Colony
1112 7th Ave
Monroe, WI 53566-1364

Midnight Velvet/Swiss Colony
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

Ncb Management Service
1 Allied Dr
Trevose, PA 19053-6945

Ncb Management Services
Attn: Bankruptcy
1 Allied Dr
Feasterville Trevose, PA 19053-6945

Office of Tax and Revenue
P.O. Box 96384
Washington, DC 20090-6384

Portfolio Recov Assoc
120 Corporate Blvd
Ste 100
Norfolk, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Republic Bank Trust Co
1 Allied Dr
Trevose, PA 19053-6945

Resurgent Capital Services
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603-0497

Spring Oaks Capital SPV, LLC
P O Box 1216
Chesapeake, VA. 23327-1216

Synchrony Bank
120 Corporate Blvd
Ste 100
Norfolk, VA 23502-4952

US Bank Trust National Association, et al.
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Velocity Investments, LLC
Attn: Bankruptcy
1800 Route 34N
Ste 305
Wall, NJ 07719-9146

Lena E. Ballard
3217 4th Street SE
Washington, DC 20032-5453

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

Rebecca A. Herr
185 Admiral Cochrane Dr
Ste 240
Annapolis, MD 21401-7623

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Bank Trust National Association, Not In I
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Fay Servicing LLC
1601 Lyndon B Johnson Fwy
Farmers Branch, TX 75234-6034

(d)Fay Servicing LLC
Attn: Bankruptcy Dept
PO Box 809441
Chicago, IL 60680-9441

First National Bank/Legacy
500 E 60th St N
Sioux Falls, SD 57104-0478

(d)First National Bank/Legacy
Attn: Bankruptcy
PO Box 5097
Sioux Falls, SD 57117-5097

First Savings Bank
500 E 60th St N
Sioux Falls, SD 57104-0478

(d)First Savings Bank
Attn: Bankruptcy
PO Box 5019
Sioux Falls, SD 57117-5019

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502-4952

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

(d)US Bank Trust National Association, Not In
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cit Bank Fingerhut

(u)Credit One Bank N.A.

(u)Greenville, SC 29601

(u)Lvnv Funding LLC

End of Label Matrix
Mailable recipients      46
Bypassed recipients       4
Total                    50