**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

IN RE:

**LENA E. BALLARD**

Debtor

Case No. **23-00111-ELG**
Chapter 13
Hearing: 02/16/2024

**MOTION TO DISMISS AND**
**NOTICE OF OPPORTUNITY FOR A HEARING**

Comes now, REBECCA A. HERR, Chapter 13 Trustee herein and states that the Debtor is in material default with respect to the terms of the plan as confirmed by the Court in that the payments by or for the Debtor have not been made as proposed.

The material default consists of $8,500.00, representing 5.00 plan payments.

WHEREFORE, the Trustee moves that the subject case be dismissed pursuant to 11 U.S.C. Sec.1307(c).

Respectfully Submitted,

Date: December 28, 2023

**/s/ REBECCA A. HERR**
REBECCA A. HERR
CHAPTER 13 TRUSTEE
BAR#MD0032
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
RHERR@CH13MD.COM

## NOTICE OF OPPORTUNITY TO OBJECT TO MOTION TO DISMISS

**UNLESS OTHERWISE NOTED, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT 9:30 am ON 02/16/2024**

**Effective January 2023, unless otherwise ordered by the Court, all hearings will be conducted both in person at United States Bankuptcy Court, District of Columbia, 333 Constitution Avenue N.W., Washington D.C., Courtroom 1 and also remotely via Zoom for Government. Contact the Courtroom Deputy for Zoom infromation.**

**PLEASE TAKE NOTICE THAT WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

## CERTIFICATE OF SERVICE

I hereby certify that the Motion to Dismiss and Opportunity for a Hearing was served on **December 28, 2023** electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

LENA E. BALLARD
3217 4TH STREET SE
WASHINGTON, DC  20032
*Debtor*

MAURICE VERSTANDIG
1050 CONNECTICUT AVE NW
SUITE 500
WASHINGTON, DC  20036
*Attorney for Debtor*

/s/ Rebecca A. Herr
_____
Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD  21401
301.805.4700
rherr@ch13md.com

**RECEIPT HISTORY**

| Receipt Date | Receipt Source | Receipt Description | Receipt Amount |
|---|---|---|---|
| 06/15/2023 | 9222968000 | EPAY - Standard Payment | $1,700.00 |
| 08/21/2023 | 9337714000 | EPAY - Standard Payment | $1,700.00 |
| 11/20/2023 | 4009299795 | CASHIER'S CHECK FROM DEBTOR | $1,700.00 |

**TOTAL RECEIPTS: $5,100.00**

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD  21401
301.805.4700