Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Lena Ballard*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 23-111-ELG |
|---|---|---|
| | ) | |
| Lena E. Ballard | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF DISMISSAL**

Comes now Lena E. Ballard ("Ms. Ballard" or the "Debtor"), by and through undersigned counsel, pursuant to Section 1307(b) of Title 11 of the United States Code, and gives notice that Ms. Ballard elects to have the above-captioned case dismissed.

Respectfully submitted,

Dated: January 17, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Lena Ballard*

*[Certificate of Service on Following Page]*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig
