**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Lena E. Ballard**<br>**Debtor(s).** | **Case No. 23-00111-ELG**<br><br>**Chapter 13** |

### ORDER OF VOLUNTARY DISMISSAL OF CASE

    This matter has come before the Court upon the Notice filed on 1/17/2024 by the above-captioned Debtor(s) to dismiss this chapter 13 case pursuant to § 1307(b) of Title 11 of the United States Code. It appearing that this case has not been previously converted under §§ 706, 1112, or 1208 of Title 11 of the United States Code, it is therefore

    ORDERED that this case is DISMISSED.

                                                   For the Court:
                                                 Angela D. Caesar
                                                 BY: MB 1/18/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.