**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 23-00111-ELG |
| **Lena E. Ballard** | Chapter 13 |
| **Debtor(s).** | |

## ORDER OF VOLUNTARY DISMISSAL OF CASE

This matter has come before the Court upon the Notice filed on 1/17/2024 by the above-captioned Debtor(s) to dismiss this chapter 13 case pursuant to § 1307(b) of Title 11 of the United States Code. It appearing that this case has not been previously converted under §§ 706, 1112, or 1208 of Title 11 of the United States Code, it is therefore

ORDERED that this case is DISMISSED.

For the Court:
Angela D. Caesar
BY: MB 1/18/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.

United States Bankruptcy Court

District of Columbia

In re:  
Lena E. Ballard  
    Debtor

Case No. 23-00111-ELG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 1  
Date Rcvd: Jan 18, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

**Recip ID**      **Recipient Name and Address**  
db      + Lena E. Ballard, 3217 4th Street SE, Washington, DC 20032-5453

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor Lena E. Ballard mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 3